**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **In the matter of:** | Case No. 97-34911 |
| **BUCKEYE COUNTRYMARK INC.** | |
| | Chapter 7 |
| | |
| | Judge Lawrence S. Walter |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $460.11 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|

4444444444444444444444444444444444444444444444444444444444444444

| | | |
|---|---|---|
| 225 V C INC<br>PO BOX 98<br>LANCASTER, OH 43130 | 9 | $11.46 |
| ELEANOR BULL TRUST<br>2181 STEVENSON RD.<br>XENIA, OH 45385 | 12 | $34.70 |
| BRIAN KIRK<br>2744 JAMES GUNNER RD<br>JAMESTOWN, OH 45335 | 26 | $13.88 |
| SIDENSTICKER ART<br>701 VINE ST<br>XENIA, OH 45385 | 32 | $42.63 |
| ART SIDENSTRICKER TRUSTEE<br>701 VINE ST<br>XENIA, OH 45385 | 33 | $40.71 |
| ART SIDENSTRICKER TRUSTEE<br>701 VINE ST<br>XENIA, OH 45385 | 34 | $50.22 |

| | | |
|---|---|---|
| PICKERING R/D<br>3 1 01 BONE RD<br>JAMESTOWN, OH 45335 | 36 | $142.26 |
| J/R SHEELEY<br>8115 MILVL OCT NW<br>WASH CT, OH 43160 | 47 | $89.55 |
| MARTHA DEHAVEN<br>1514 ARROWHEAD TR.<br>XENIA, OH 45385 | 49 | $34.70 |

**4444444444444444444444444444444444444444444444444444444444444444**

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $25.34 | $434.77 |

**12/31/2009**                                        */s/ John Paul Rieser*
Dated: _____

                                                John Paul Rieser, Case Trustee
                                                7925 Graceland St.
                                                Dayton, OH 45459
                                                Tel: (937)224-4128   Fax: (937)224-3090
                                                tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403