**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **In the matter of:** | Case No. 97-34911 |
| **BUCKEYE COUNTRYMARK INC.** | |
| | Chapter 7 |
| | |
| | Judge Lawrence S. Walter |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $696.88 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

4444444444444444444444444444444444444444444444444444444444444444

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|

4444444444444444444444444444444444444444444444444444444444444444

| 225 V C INC<br>8260 HOWE INDUSTRIAL PKWY<br>STE H<br>CANAL WINCHESTER, OH 43110 | 9 | $14.99 |
| ELEANOR BULL TRUST<br>2181 STEVENSON RD.<br>XENIA, OH 45385 | 12 | $45.41 |
| SIDENSTICKER ART<br>701 VINE ST<br>XENIA, OH 45385 | 32 | $55.79 |
| ART SIDENSTRICKER TRUSTEE<br>701 VINE ST<br>XENIA, OH 45385 | 33 | $53.29 |
| ART SIDENSTRICKER TRUSTEE<br>701 VINE ST<br>XENIA, OH 45385 | 34 | $65.73 |

| Name/Address | No. | Amount |
|---|---|---|
| PICKERING R/D<br>3 1 01 BONE RD<br>JAMESTOWN, OH 45335 | 36 | $186.19 |
| WOLF FRED/ESTHER<br>1554 SR 72 N<br>CEDARVILLE, OH 45314 | 37 | $97.43 |
| ANNE M. WILSON<br>803 GLENBARR PLACE<br>LOUISVILLE, KY 40243 | 43 | $15.44 |
| J/R SHEELEY<br>8115 MILVL OCT NW<br>WASH CT, OH 43160 | 47 | $117.20 |
| MARTHA DEHAVEN<br>1514 ARROWHEAD TR.<br>XENIA, OH 45385 | 49 | $45.41 |

**4444444444444444444444444444444444444444444444444444444444444444**

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $30.43 | $666.45 |

Dated: **10/25/2010**

*/s/ John Paul Rieser*

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@rieserlaw.com

cc: U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403